**Opinion issued August 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00605-CR**

———————————

**IN RE RONALD WAYNE SCHOFIELD, Relator**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 34910**

---

## MEMORANDUM OPINION

Relator Ronald Wayne Schofield has filed a petition for writ of mandamus, challenging the trial court's failure to rule on his Motion to Vacate Sentence.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1]     The underlying case is *The State of Texas v. Ronald Wayne Schofield*, cause number 34910, pending in the 239th District Court of Brazoria County, Texas, the Honorable Greg Hill presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).